STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ., STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: cmay@tharpe-howell.com
E-Mail: sforman@tharpe-howell.com
E-Mail: colsen@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ELLEN HALBERT,<br><br>                          Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC.; and<br>DOES 1-25, inclusive,<br><br>                          Defendants. | Case No.: 8:18-cv-1238-JVS-DFM<br><br>[*Orange County Superior Court;<br>Case No.: 30-2018-00991234-CU-PO-CJC*]<br><br>**ORDER ON NOTICE OF<br>VOLUNTARY DISMISSAL<br>PURSUANT TO FED. R. CIV. P.<br>41(a)(1)**<br><br>Hon. James V. Selna |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, ELLEN HALBERT is hereby dismissed in its entirety, with prejudice.

Dated: June 25, 2020                    By: _James V Selna_____

                                        U.S. DISTRICT COURT JUDGE
                                        JAMES V SELNA